**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**9:25-cv-81344-ARTAU/Reinhart**

VIRGINIA AVEDISIAN,

*Plaintiff*,

v.

NORTHFIELD HOLDING CORP.,

*Defendant.*

_______________________________________/

**MEDIATOR'S REPORT**

Pursuant to S.D. Fla. L.R. 16.2(a)(1)(i)-(iv), I am submitting this Mediator's Report and advise that, pursuant to the Court's Order Scheduling Mediator, the Parties participated in a mediation conference before me on July 22, 2026.

The case **DID NOT SETTLE** and I declared an **IMPASSE**. The mediation was conducted by videoconference and all required participants were present and actively participated in the mediation.

Dated: August 11, 2026

s/ *Aaron S. Weiss*
Aaron S. Weiss
FL Bar # 48813 / FL Mediator # 39777
Email: aweiss@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050

*S.D. Fla. and FL. Supreme Court Certified Mediator*